MORGAN LUMBER COMPANY, INC., Plaintiff, and J. CANBY MORGAN et al., Appellants, v. SAMUEL C. DUBERSTEIN et al., Defendants, and MORRIS WEISS, Respondent.

(Argued October 22, 1930; decided November 18, 1930.)

*Milo O. Bennett, W. Randolph Montgomery* and *Charles G. Stevenson, Jr.,* for appellants.

*Morris Weiss* for respondent.

*Max Turner* and *Samuel C. Duberstein* for Samuel C. Duberstein, defendant.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.